#1 of 2

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MARVIN Q CAMERON                    Diversity Action
    petitioner                      28 U.S.C § 1332
        V
                                    FILED IN CLERK'S OFFICE
                                        U.S.D.C. - Newnan
Chris Whitely City Mgr              APR 22 2014      3:14-CV-58-TCB-
Bank of America City of LaG                          Civil Action    RGV
Branch Manger which is              James N. Hatton, Clerk
Operated under Federal Banking Laws, et al.   By: /s/ Deputy Clerk
Transaction of Accurences; Directly

New Amendment Motion: 28 U.S.C § 1369 (c)(2)(3)(A)
    Diversity Ancillary claim, for Torts
    In Violation of False claims Act § 3729

1. Here Comes Marvin, Quinton, Cameron, The Above
2. Named petitioner in this Motion Seeking Redress
3. and Crimanal Santions against The Respondents
4. in a cliam that is collateral to dependent on
5. or auxiliary to another claim, Subject Matter
6. Breach of Contractual Agreement Breach of
7. Contract under State Law and Denied By
8. Respondents and Releif Being Sought in Federal
9. Jurisdiction Under Diversity Over it. The Concept
10. of ancillary Federal Jurisdiction is now Contained
11. in the Supplemental Jurisdiction Statue. Named
12. in this Motion. After petitioner changed His Mind about
13. His personal Banking transaction and His Grandmother
14. personal C.D. that He Had **power of Attorney over.** Respondents
15. then Carried out a Violation of Standard operational
16. presedure. With His Official positions under Color of Law,
17. Mental and emotional injury Violation 42/U.S.CA § 1997(e)

1 of 2

## Torts

1. inflicted Intentional infliction of emotional Distress. By all partakers and Coroperations or liable
   A) The defendant acted in a way that is extreme or Outrageous for the purpose of Causing emotional distrase
   B) The plaintiff Suffered Severe or extreme emotional distress ate a punitive Level for Respondents intentional Champaine of Negligance.

2. Respondents inflicted Delays on Daily Bank transaction
3. Chargeing essisive penalties on personal Account
4. as well as closeing accounts, out of Complances
5. with Standard Operation procedure, Causing Financial
6. lose. And Credit Rating reprocations. Under Banking Rules
7. petitioner Seeks punitive Damages 120,000,000 ext
8. petitioner Respectfully prays that the Above styled
9. Court Accepts this Motion for an Ancillary claim
10. to Show the Willfull Malice of Intent to Violat His
11. personal Constitutional Civil Rights, A Man of
12. Color 14 Amendment Civl For Prejudice, day
13. of Aprial 8 year 2014, Statue 28 U.S.C 1346(b)
14. — 28.U.S.C 2679(d)(2) Torts For Negligence, intentional torts
15. like assault ~~____~~, False Arrest, Abuse of process, emotional distress

Marvin A. Carenion

Date Aprial-8-2014

G.D.C 1000211460

Saundra A. Hood

Notary Public, Richmond County, Georgia
My Commission Expires July 2, 2016



11-24-2009    Hand written Copy Original Forwarded in Complaint

## Property Damage Release Contract

1. That the UNdersigned, being of Lawful age, for sole
2. Consideration of Twenty Five Thousand dollars & 00/100
3. Dollars ($ 25,000.00 to be paid to Elm City Holding LLC.
4. do/does here by and for My/our its heirs, executors ad
5. Ministrators, Successors and assigne release, aquit and
6. forever discharge discharge the petitioner
7. Marvin Quinton CAMERON and Waco Fire & Casualty
8. Insurance Company and his, her their, or its agents, servants
9. Successors, heirs, executors, administrators and all —
10. Others person's, firms Coporations, associations or part —
11. Nerships of and from any and all cliams actions, causes
12. of action demand, rights, damages, cost, loss of services,
13. expenses and Compensation whats so ever, which the un
14. dersigned New has/have or which may here after accive
15. On account of or in any way growing out of any and all
16. Known and unknown, Foreseen property damages and con
17. Sequences there of resulting or to result from the occ-
18. urance on or about the 6th day of November, 2009 at
19. or Near Lagrange GA. It is Understod and agreed that
20. this Settlement is the Compromise of a doubtful and —
21. disputed cliam, and that the payment is not to be const-
22. rued as an admission of liability on the part of the party
23. or parties hereby released and that said release parties —
24. deny liability and intend Merely to avoid litigation and
25. buy their peace. The UNdersighned further declare(s) and —
26. represents (b) That No promise, indocement or agreement not
27. here in expressed has been made to the UNdersighned, and —
28. that this release Contains the entire agreement between the
29. parties here to, and that the terms of this are Contractual
30. and not a mere recital. Sighned By and Witness to By
31. Respondents 11-24-2009. - Voucher (Chris Whitley) — City mngr
    Mimi O. Cerem Bank Mgr

Notary Public, Richmond County, Georgia
My Commission Expires July 2, 2016