CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

MAY 27 2014

James N. Hatten, Clerk
By: Deputy Clerk

MARVIN Q CAMERON
G.D.C 1000211460

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

3:14-cv-58-TCB-RGV
AMENDED COMPLAINT

-vs-

Chris Whitely
Richard Willey also named as
Claimant By First Insurance Network

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

             Yes ( ✓ )    No ( )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff(s): MARVIN Q Cameron

            Defendant(s): Noted on Separat papers

        2.    Court (name the district):

        3.    Docket Number:

Rev. 12/5/07

I.  **Previous Lawsuits (Cont'd)**

   4. Name of judge to whom case was assigned: _Noted on Additional paper_

   5. Did the previous case involve the same facts?

      Yes (✓)    No ( )

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      _____
      _____

   7. Approximate date of filing lawsuit: _/ /_

   8. Approximate date of disposition: _/ /_

II. **Exhaustion of Administrative Remedies**
    Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A. Place of Present Confinement: _Augusta State Medical prison_

   B. Is there a prisoner grievance procedure in this institution?

      Yes (✓)    No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes ( )    No (✓)

   D. If your answer is YES:
      1. What steps did you take and what were the results?

         _Noted on Seperal paper_
         _____

      2. If your answer is NO, explain why not: _Submitted ocbc BO Samwalker dr. in Habeas corpus in Federal Court_

IN THE UNITED STATES DISTRICT COURT
For THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MARVIN Q CAMERON
  Petitioner
    vs.
Chris Whitley
  Defendants

3:14-CV-58-TCB-RGV
AMENDED COMPLAINT

Previous Lawsuits Filed (1.)
in the Above Named Court

| | |
|---|---|
| 1# Civil No. 3:14-CV-13-TCB | Decided May 1st 2014 |
| 2# Civil No. 3:14-CV-14-TCB | Decided May 1st 2014 |
| 3# Civil No. 3:14-CV-16-TCB | Decided May 1st 2014 |
| 4# Civil No. 3:13-CV-90-TCB | Decided July 22-2013 |
| 5# Civil No. 3:13-CV-95-TCB | Decided August 13-2013 |

All Cases Presented in the above Named Court and Judged
And Decided By Magistrate Judge   Russell G. Vineyard
                    And
Timothy C Batten Sr.
United States District Judge

Signed  Marvin Q. Cameron
Dated  May 11  2014

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: __Marvin Q. CAMERON__

Address(es): __3001 Gordon Highway Dorm 23-B-1 Augusta, GA 30813__

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): __Chris Whitely__

Employed as __City Mgr of Lagrange and Bank of America Branch Manager in 2009__

at __2538 Bertly Road Lagrange GA 30240 is the Last Known Address i Have From investigation.__

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

False Claims Statement of Claims 31, U.S.C § 3729 Petitioner in the above Named Filing States Respectfully And Honestly that CHris WHitELY presented a 1st Rush demand for payment while working in His Official Duties of the Governning Body of the City of LaGrange at the time He was City Manager as Noted on the New Evidence Being a Contract Settlement for $25,000.00 With Out the petitioners Knowledge, But done throw the petitioner Insurance Carrer The 1st claim is grossly inflated and The defendant with the help of Co-Conspentors, Such as

## IV.  Statement of Claim (Cont'd)

Richard Willey Address unknown at this time, But the Asst D/A Monroy/Korby referes to Him in Regards to the Same Subject Matter used in a Claim For again, A Demand For Restitution in the Superior Court of Troup County LaGrange GA, For More Money exactly 5,000.00 more By the Same recipricant Chris Whitley, Mr Whitley And His Co-Conspirator Had already Settled months early in Lest then 3 weeks For thousands of dollars that was undisputed By petitioner and Deliberatly Not introduced in the Superior Court of Troup County as evidence and is Not Noted on their Administrative Record. So Not Being a Convicted Felon I did not whent A Felony on My Record. The D/A offered Me A Negotiated Guilty plea For I then thought in February 16-2010 almost 3½ months later after Chris Whitely and His Co-Consperiter Had me prosecuted in violation of a Singned Contract By Him A Board member and officer of that municipality. It Further shows prejudice to delibertly Avoid litigation are a trial For me to Have My day in Court to dispute any allegation By the defendant, their For Makeing the Negotiated guilty plea, Violation of petituor 6th Amendment Civil Rights Intrawsection of occurence with Docket Num 10-R-110 O.C.G.A 16-7-23 Disposition Guilty plea, in the Superior Court of Troup County Lagrange GA, Respondent didn't Follow State Uniformed Rules of Repair Act O.C.G.A 8-2-36 – O.C.G.A 8-2-39  O.C.G.A 8-2-40 in His personal attempt to inflict False Imprisonment & Amendment Civil Violation, He presented a False claim Action, 31 U.S.C 3729 By Now Administrative Records showing For demand of 5,000.00 Restitution

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

14 Amendment states in section 1, All persons born or naturalized in the United States, and Subject to the Jurisdiction there oF, are Citizens of the United States and of the State wherein they reside, NO State Shall Make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States, Nor Shall any state deprive any person of life, liberty or property, without due process of Law, Nor deny to any person within its Jurisdiction the equal protection of the Laws. Further more Section 1983 petitioner Seeks Remedy: States Every person who, under color of any statue, ordinance, regulation, custom, or usage of any state or Territory or the District of Columbia, Subjects, or Causes to be Subjected, any Citizen of the United

**V. Relief (Cont'd)**

States or other person within the Jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and the laws, shall be liable to the party injured in an action of Law, Suit in equity or other proper proceeding for redress. Petitioner Respectfully Seeks Damages for Injury and lose of Liberty, and for Menteal Anguish and False Imprisonment which gives the Above Court Jurisdiction, And Can Be Shown on the Administrative Record of the Respondents in the City of LaGrange Alleged Court transcript and clerk Records, Petitioner Independant Investigation throw the Insurance Consumer Services Division Shows a clear MIS representation of an essive Settlement for a claim, decided Without petitioners Knowlege and in the petitioners Name By Respondents Co-Conspertors, Gives petitioner a Right By Law to Seek Rule 60(B) Federal procedure against Defendant.

Signed this __11__ day of __May__, 20__14__.

_Merri Q. Coven_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __~~Augusta~~ Lagrange,__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __May -11- 2014__
                (Date)

_Merri Q. Coven_
Signature of Plaintiff

Rev. 12/5/07

1 Movement States Page 5 of the Court Alleged transcript Line 10
2 to 16 in the Seperior Court of troup County LaGrange GA
3 Under Oath and Presented in this Amended Complaint Against
4 Defendants add all Partakers throw transation of occurance to Subject
5 Matter 31 USCS & 3729 False Claims Action STARTS with
6 Assistant D/A Korby under Oath and Stateins in Court
 Line 10, I Spoke to victims in this Case. There
8  11. Are Several individuals that are Part of the holding
9  12. Company, and they said they received twenty-five
10 13. thousand-dollars reimbursement From the Insurance
11 14. Company, but they waren't made whole - If they were to
12 15. be made whole, there would be An Additinal Five to Nine
13 16. thousands dollars.
14 Movement
15  As Stated in the Court transcript of Defendants False claims
16  In an alleged Court Procedins in Front of Allen B. Reeble
17 day 16 Feb, 2010 Shows error on the D/A and the Court
18 Under 11 U.S.C.S 727 (4)(A) False oath must relate to
19 Material Matter and must be made willfully intent to Defraud
20 Subject Matter Beins insurance Company Payout the Material
21 Matter in this False Claims Act Action. Petitioner Seeks
22 Against Defendants and Co-Conspirators and all Partakers
23 in the 5,000.00 Restitution Prosecution in A Second demand
24 From Chris Whitely. In violation of Uniformed Court Rules
25 And State Repair Act O.C.G.A 8-2-36 et Seq 8-238 -8-2-40
26 Shows Intent to Decive as will as to mislead by misrepresentation
27 A material Fact, And was the Basis for a Negotiated Guilty plea
28 For A 5 yr Felony Charge R erronecues, Avoding testifying in
29 Court - debtor will be only person able to testify directly con
30 Cerning his or her intent and he is likely to State that his Intent
31 was Fraudulent therfore Concerning intent will not Be Sat
32 Aside unless clearly erroneous. This is error on the Court
33 Because the 6th Amendment of Due Process and evidence Present
34 In isurance report would not of in no way allow a Sury to
35 Convect Petitioner under Restitution

1.                    CITY MANAGER
2. An Offical employed by an elected Council to direct
3. the Administration of City Government - Chris Whitely
4. Under GA LAW Tort statue 29-73 if a corporation agent
5. Who is charged with enforcement of rules of conduct knowns
6. of violations of the rules by the Corporation's employees and
7. Acquiesces therin then the Coporation is also charged with
8. the Knowledge by the violation of its Rules and with the Agents
9. ~~~~~~~~ Acquiescence Being Chris Whitely in the Violation
10. Knowledge by the Agent is Knowledge by the Corporation whenever
11. the Principle is aware that a Servant or Underservant Pursees
12. A tortious Course of Conduct and takes no steps to Stop or Prevent
13. the Conduct the Principal is liable for Consequences there of and
14. Negligently <u>Misrepresentation of Facts</u>
15. Movement Pg 6 # Line 18 to Pg 7 Line 1   STARTS of the Alleged Transcript
16.     18 The Court: All Right. Mr. CAMERON, I, of Course,
17.     19. CANNOT accept Your Plea of Guilty unless I determine
18.     20. that You are making that Plea Knowingly and Volantarily.
19.     21. And what that means is, I have to be Sure that you
20.     22. Understand what You're Charged with, Understand what it
21.     23. Means to Plead Guilty to it. Understand what Legal Rights
22.     24. Rights You have and are Giving up. And I have to be
23.     25. Sure You're Pleading Guilty because You want to. Not
24.     1. Because anybody's Forcing You to.
25. Movement. A Principal who has Knowlege of all Material Fact Concerning
26.     the wrongdoing of the agent and who does not within
27.     A reasonable time object to the wrongdoing is held to have
28.     ratified the Agents wrong by acquiescence. Futher, the act
29.     must be done by the agent with in the Scope of his buisness
30.     or employment by the Principal. WAS Introduced in Court By DA Ms Kirby
31. Movement. It was error to accept a Guilt Plea Given the New Evidence
32.     Shown BY Respondants Prejudice and Lack of Due Process
33. And Subjecting Petitioner to False Im Prisonment Gives Me the Right

1. Movement. Page 3 of The transcript Line 9-19 D/A States
2. 9. Ms. Kirby: Let me advise You, Mr. Cameron, that you
3. 10. Give up certain rights when You enter a Guilty Plea.
4. 11. You have the right to be tried by a Jury, and at this
5. 12. Jury trial the State would have to Prove You Guilty
6. 13. Beyond a reasonable doubt. You wouldn't have to testify
7. 14. Or Produce any evidence in Your case. You Could cross-
8. 15. examine all the State's witnesses, and You could
9. 16. SubPoina Your own witnesses to testify in Your behalf.
10. 17.    Do You understand when You enter a Plea of
11. 18.    Guilty there won't be a Jury trial when You Give up
12. 19.       these Rights?

13. Petitioner Respectfully states. That the Respondents Shows in their Alleged
14. transcript them Explaining MY Right to Not Plead Guilty and all i would
15. Be Giving up to a Jury trial. And also How the Defender's Attorney
16. Jamie Roober Agreed to the Plea Bargain and Me Given up my
17. Rights in a Court of Law are erroneous and are lies their is
18. No Recorded evidence of Celteaning and their is no Vedio tape of
19. A Court Hearing in Troup County, But When the Revoked MY Probation
20. without Adjudication of Guilt. D/A Melissa Hiams City of L.G
21. July 2013, Feb 16 2016 Case 10-R-110-O.C.G.A 16-7-23 Disposition
22. was Fabricated in the Court room to Appear that they did their Job
23. But i Marvin Q. Cameron Have to tell the truth and the truth is
24. Supported By the New evidence And with Futher investigation
25. into their Administrative Records and in a Court of Law under Oath
26. they would Purjure them Selves with every Aspect of that Alleged
27. transcrept in Regards to Explaining to Me the Petitior What Rights
28. i would Be Giving up is a Lie and Nothing But a Lie So help
29. me God.

Marvin Q. Cameron  5-11-2014

United STATES DISTRICT COURT
For the NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

1  To the United States Court Named
2  In this Amended Complaint I MARVIN
3  Q. Cameron. Have 7# more Handwriten Pleadings
4  to iNter in My Presponce to Your Court
5  in the 31-USC & 3729 Against the
6  Lead Defendant Chris Whitely. that I Recived
7  From this AuGsta State Prison Postal office
8  5-07-2014 and Noted in their Postal ledGer with
9  My siGnature. Thank you
10 I also inclosed 3 Exibits / Being A Facimile
11 Transmission From My investigator Exibit 2 Dated 8-27-2010
12 To. Mr. James Blackney, Waco Fire & Casualty Company
13 Addressing the First insurance Network Agent their
14 Angie Addy The First Agent I the Petitior Spoke with Regarding
15 My Claim. A0104803.
                                                Marvin Q. Cameron
16 And My First Official case No. 555071297
                                                Dated: 2014-Day-11-Feb
17 After that No More Angie Addy
18 All Resporce Cam. From Her Supervisor  [DeBBY Hall]
19 This is when the OriGanal Hand writen Estament First Recived
20 Chanced to a Computer Print out. in Mrs Hall Resporce
21 Almost 3 mts later After Repeated tries to the Waco Fire.

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO                3412
    CONNECTION TEL                    97703265400
    SUBADDRESS
    CONNECTION ID
    ST. TIME                08/12 08:29
    USAGE T                 00'45
    PGS. SENT               4
    RESULT                  OK
```

8-27-2010

Follow-up Request for secondary response.





# OFFICE OF
# INSURANCE AND SAFETY FIRE COMMISSIONER

JOHN W. OXENDINE
COMMISSIONER OF INSURANCE
SAFETY FIRE COMMISSIONER
INDUSTRIAL LOAN
COMMISSIONER
COMPTROLLER GENERAL

SEVENTH FLOOR, WEST TOWER
FLOYD BUILDING
2 MARTIN LUTHER KING JR. DRIVE
ATLANTA, GEORGIA 30334
(404) 656-2056 or (404) 656-4031
www.gainsurance.org

## FACSIMILE TRANSMISSION

To:           Mr. James Blackney, Wace Fire & Casualty Company
Your Fax:     (770) 326-5400
From:         Donald J. Cameron, Investigator
Our Fax:      (404) 657-8542
Regarding:    Marvin Q. Cameron
Our Case #:   555071297
Dated:        August 12, 2010
Total Pages:  Three (3) – including coversheet

To complete my investigation into this matter, I ask please for the following:

1. Copies of check payments made to the claimant.
2. A summary of what activity was taken to investigate the claim.
3. A copy of the repair estimate that you mention in your letter and a copy of the coverage letter, if available, of where you mailed this information to Mr. Cameron on 6/2/2010.

Thank you for your prompt attention and good day.

Exhibit
Marvin Q. Cameron
5-11-2014

Sincerely,

Donald J. Cameron

Donald J. Cameron, Investigator
Consumer Services Division

4803

# FIRST INSURANCE NETWORK
P.O. BOX 6451
MARIETTA, GA 30065
770.438.4017

June 2, 2010

Marvin Quinton Cameron
232 Childs Drive
Atlanta, Ga 30314

Re:  Claimants:  Richard Willey
     Insured:    Marvin Q. Cameron
     DOL:        11/6/09
     Claim #:    A0104803

Dear Mr. Cameron:

This letter will serve as a follow up to your conversation with you this afternoon concerning the Property Damage Estimate that was written by our appraiser in the amount of $32,471.60.

You have indicted to us that the claimant has now contacted you to pay the overage on the claim, and since the excess letters that was sent to you was returned we will attach a copy of the declarations to your policy.

Attached is a copy of our estimate as per your request, also, you may want to request from the claimant proof of their payment and a full and final release once you have completed your payments with them.

If you should have additional questions, please do not hesitate to contact me Monday thru Friday, from 8:30a.m. to 5:00p.m. EST.

Sincerely,

Angie Addy
Claims Representative
Enclosures; PD Estimate & Declarations

Exhibit E

Marvin Q. Cameron
2-13-2014

RECEIVED JUL 15 2010

**RECEIVED**

JUN 2 9 2011

CONSUMER SERVICES DIVISION

# Confidential

To:

Company :

Fax Number :    (404) 6578542

Phone Number :

From :    Debby Hall

Fax Number :    770-4384013

Phone Number    770-438-4017

Time Sent :    Wednesday, Jun 29, 2011   12:37PM

Pages :    7

Description :    Your Case No: 555071297  Our Claim No: A0104803

**ATTN:  Mr. Donald J. Cameron, Investigator**



Exhibit 3

*Marn Q. Canun   5-14-2014*